UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTWAN TERRELLE JONES, | ) | Case No. CV 07-2078-JSL(RC) |
| | ) | |
| Petitioner | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| W.J. SULLIVAN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: January 7, 2009    /s/ Spencer Letts
                          _____
                          J. SPENCER LETTS
                          ENIOR UNITED STATES DISTRICT JUDGE

R&R\07-2078.jud
10/28/08